UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-393 (PAM/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Margarito Zamorano-Chino, | |
| Defendant. | |

This matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Susan Richard Nelson dated December 19, 2007. Defendant has filed no objections within the time period allowed. See 28 U.S.C. § 636(b); D. Minn. L.R. 72.2. The Court therefore **ADOPTS** the Report and Recommendation (Docket No. 23) and **ORDERS** that Defendant's Motion to Suppress Statements (Docket No. 18) is **DENIED**.

Dated: January 23, 2008

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge